UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JK COMMUNICATIONS & CONSTRUCTION, INC., <br><br> Plaintiffs, <br><br> vs. <br><br><br> MP NEXLEVEL OF CALIFORNIA, INC., et al., <br><br> Defendants. <br> _____/ | CASE NO. CV F 14-0390 LJO MJS <br> **NEW CASE NO. CV F 14-0390 LJO GSA** <br><br> **ORDER TO RELATE ACTIONS AND TO REASSIGN MAGISTRATE JUDGE** |

Review of the above-captioned action reveals that it is related under this Court's Local Rule 123 to the action entitled *MP Nexlevel of California, Inc. v. CVIN, LLC, et al.*, , Case No. CV F 14-0288 LJO GSA. The actions involve the same or similar parties, properties, claims, events and/or questions of fact or law. Accordingly, assignment of the actions to the same district judge and magistrate judge will promote convenience, efficiency and economy for the Court and parties. An order relating cases under this Court's Local Rule 123 merely assigns them to the same district judge and magistrate judge, and no consolidation of cases is effected.

On the basis of good cause, this Court ORDERS that the above-captioned action is reassigned to U.S. Magistrate Judge Gary S. Austin with a new **CASE NO. CV F 14-0288 LJO GSA**. All documents shall bear the new **CASE NO. CV F 14-0288 LJO GSA** and the reassignment to Magistrate Judge Austin. U.S. District Judge Lawrence J. O'Neill will remain assigned to this action.

IT IS SO ORDERED.

Dated: **March 25, 2014**              /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE