**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JK COMMUNICATIONS & CONSTRUCTION, INC.,**<br><br>             **Plaintiff,**<br><br>             **v.**<br><br>**MP NEXLEVEL OF CALIFORNIA, INC.,** *et al.*,<br><br>             **Defendants.** | **1:14-cv-0390-LJO-GSA**<br><br>**ORDER CORRECTING ORDER RELATING ACTIONS AND REASSIGNING MAGISTRATE JUDGE (DOC. 10)** |

  On March 25, 2014, this Court issued an order relating the above-captioned case, *JK Communications & Construction, Inc. v. MP NexLevel of California, et al*. ("*JK* Case"), to *MP Nexlevel of California, Inc. v. CVIN, LLC, et al*., 1:14-cv-0288 LJO GSA ("*CVIN* Case"), and reassigning the *JK* Case to Magistrate Judge Gary S. Austin. Doc. 10. The March 25, 2014 order also indicated that all documents in the *JK* Case should be filed under the case number assigned to the *CVIN* case. The latter instruction was issued in error. Unless and until this case is formally consolidated with the *CVIN* case, filings in the JK Case should be filed under the case number indicated in the caption above: **1:14-cv-0390-LJO-GSA.**


IT IS SO ORDERED.

  Dated: __**April 14, 2014**__     ____**/s/ Lawrence J. O'Neill**____
                  UNITED STATES DISTRICT JUDGE