David J. Weiland #160447
DOWLING AARON INCORPORATED
8080 North Palm Avenue, Third Floor
P.O. Box 28902
Fresno, California 93729-8902
Tel: (559) 432-4500
Fax: (559) 432-4590
dweiland@dowlingaaron.com

Attorneys for Defendant CVIN, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JK COMMUNICATIONS & CONSTRUCTION, INC.<br><br>Plaintiff,<br><br>v.<br><br>MP NEXLEVEL OF CA, INC.; CVIN, LLC; WESTERN SURETY; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 1:14-CV-00390- LJO-GSA<br><br>**ORDER APPROVING STIPULATION TO EXTEND DEADLINES FOR FILING RESPONSIVE PLEADINGS**<br><br>Original Filing Deadline:  4/25/2014<br>Proposed Filing Deadline:  6/2/2014<br><br>Judge:  Lawrence J. O'Neill<br>Magistrate Judge:  Gary S. Austin<br>Complaint Filed:  2/21/14<br>Trial Date:  Not applicable |

Pursuant to the Stipulation of the parties, it is ordered as follows:

1. The deadline for CVIN, LLC to file responsive pleadings in the captioned case is extended to June 2, 2014.

IT IS SO ORDERED.

Dated: **April 25, 2014**        **/s/ Gary S. Austin**
                    UNITED STATES MAGISTRATE JUDGE