# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| JK Communications Construction, Inc.,<br><br>          Plaintiff,<br><br>     vs.<br><br>MP Nexlevel of CA, Inc.; Western Surety Company; CVIN, LLC; and DOES 1 through 20 inclusive,<br><br>          Defendants. | Case No. 1:14-CV-00390-LJO-GSA<br><br>**ORDER RESCHEDULING HEARING ON MOTION TO REMAND TO MAY 30, 2014**<br><br>Current Date:   May 16, 2014<br>Proposed Date:  May 30, 2014<br>Time: 9:30 a.m.<br>Ctrm.: 10, 6th Floor<br>Magistrate Judge: Gary S. Austin<br>Complaint Filed:   February 21, 2014 |

## ORDER

Pursuant to the stipulation of Plaintiff JK Communications & Construction, Inc. and Defendants MP Nexlevel of California, Western Surety Company, and CVIN, LLC (collectively "Defendants"), dated April 25, 2014, IT IS HEREBY ORDERED that the date for the hearing on Plaintiff's Motion to Remand is **rescheduled from May 16, 2014 to May 30, 2014**. The time and place shall remain the same.

IT IS ALSO ORDERED that the opposition and reply due dates will be calculated from the new hearing date of May 30 and not the former date, May 16.

IT IS SO ORDERED.

Dated:  **April 25, 2014**          /s/ Gary S. Austin
                              UNITED STATES MAGISTRATE JUDGE

MP18-0000005
10062130.1

1

Case No. 1:14-CV-00390-LJO-GSA
ORDER