1  Steven M. Cvitanovic (Bar No. 168031)
   Jessica M. Lassere Ryland (Bar No. 286724)
2  HAIGHT BROWN & BONESTEEL LLP
   Three Embarcadero Center, Suite 200
3  San Francisco, California 94111
   Telephone:    (415) 546-7500
4  Facsimile:    (415) 546-7505
   e-mail: scvitanovic@hbblaw.com
5          jlassere@hbblaw.com

6  Attorneys for Defendants MP NEXLEVEL OF CALIFORNIA, INC. (erroneously sued as MP
   NEXLEVEL OF CA, INC.) and WESTERN SURETY COMPANY (erroneously sued as
7  WESTERN SURETY)

8
                    UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10
                         FRESNO DIVISION
11

12 | JK Communications Construction, Inc.,        )  Case No. 1:14-CV -00390-LJO-GSA
                                                   )
13 |            Plaintiff,                          )  **Stipulation and Order to Remand Case**
                                                   )  **to the California State Court**
14 |     vs.                                        )
                                                   )  Judge:  Hon. Gary S. Austin
15 | MP Nexlevel of CA, Inc.; Western Surety        )
    Company; CVIN, LLC; and DOES 1 through         )  Complaint Filed:   February 21, 2014
16 | 20 inclusive,                                  )  Trial Date:        None
                                                   )
17 |            Defendants.                         )
   |_____)
18 | AND RELATED CROSS-ACTION                       )
                                                   )
19 |_____)

20            **Stipulation to Remand Action to State Court**

21         WHEREAS Plaintiff JK Communications Construction, Inc. ("JK Communications") filed

22 its complaint in the instant action on February 21, 2014;

23         WHEREAS MP Nexlevel of California, Inc. ("MP Nexlevel") and Western Surety

24 Company ("Western Surety") filed a notice of removal to this Court on March 19, 2014;

25         WHEREAS JK Communications filed a Motion to Remand on April 3, 2014;

26         WHEREAS JK Communications, MP Nexlevel, and Western Surety met and conferred

27 and now stipulate to remand of the instant matter to the California Superior Court;

28

1    As such, THE UNDERSIGNED PARTIES STIPULATE that the instant matter captioned

2  *JK Communications Construction, Inc. v. MP Nexlevel of CA, Inc*., *et al*. (Case No. 1:14-CV -

3  00390-LJO-GSA) be remanded to Superior Court of the State of California, County of Fresno.

4

5    **IT IS SO STIPULATED**:

6  Dated:  May 16, 2014                    **HAIGHT BROWN & BONESTEEL LLP**
                                          Three Embarcadero Center, Suite 200
7                                          San Francisco, CA 94111

8

9

10                                         By:/s/ *Jessica M. L. Ryland*
                                          _____
11                                             Steven M. Cvitanovic
                                             Jessica M. Lassere Ryland
12                                             Attorneys for Defendants
                                             MP Nexlevel of California, Inc. and Western
13                                             Surety Company

14                                         **ROGERS JOSEPH O'DONNELL, a PLC**

15                                         311 California Street, 10th floor
                                          San Francisco, CA 94104
16

17

18                                         By:/s/ *Joseph McGowan* (as authorized on
                                          May 20, 2014
19                                          _____
                                             Joseph C. McGowan
20                                             Attorneys for Plaintiff
                                             JK Communications & Construction, Inc.
21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28

1

2                                    **ORDER**

3          Pursuant to the above stipulation of the parties, this case shall be remanded to the Fresno

4    County Superior Court.  After remanding this action, the Clerk of the Court is directed to close

5    this case.

6

7
     IT IS SO ORDERED.
8

9          Dated:   **May 21, 2014**                    **/s/ Gary S. Austin**
                                                   UNITED STATES MAGISTRATE JUDGE
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No.  1:14-CV -00390-LJO-GSA
Stipulation and Order to Remand Case to the California State Court